UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYAN JONES,

    Plaintiff,

v.

OAKLAND COUNTY GOVERNMENT,

    Defendant.

Case No. 17-10139
Honorable Laurie J. Michelson
Magistrate Judge Stephanie Dawkins Davis

**ORDER DIRECTING PLAINTIFF TO LIMIT EX PARTE COMMUNICATION**

    Bryan Jones brought suit, *pro se*, against Oakland County Government. The Court referred the case to Magistrate Judge Stephanie Dawkins Davis for all pretrial proceedings. (R. 7.) Oakland County filed a motion to dismiss. (R. 14.) The magistrate judge issued a Report and Recommendation to grant the motion to dismiss. (R. 25.) And after Jones' time to object expired, the Court adopted the Report. (R. 27.)

    Multiple times since the dismissal of the case, Jones has called the Court to try to discuss substantive issues in the case. The Court's staff has repeatedly advised Jones that these communications are improper and need to stop. Although the court understands that *pro se* litigants often face real challenges in navigating the procedural requirements of the Federal Rules, Jones needs to understand that it is inappropriate to raise substantive matters regarding his case in informal, *ex parte* communications (i.e., communications without the opposing side present) with the Court's staff.

    Moreover, neither the Court nor the Court's staff can, under any circumstances, provide any attorney or litigant with legal advice. The court will advise that resources for *pro se* litigants, or parties without attorneys, are available through the Eastern District's *pro se* clinic. The Court

further advises Jones that, even though he is not an attorney, he is nonetheless bound by the Federal Rules of Civil Procedure and this Court's Local Rules.

Any *ex parte* communication to discuss this dismissed case will cease.

IT IS ORDERED.

s/Laurie J. Michelson<br>LAURIE J. MICHELSON

Dated: April 25, 2018          U.S. DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 25, 2018.

s/Keisha Jackson<br>Case Manager